**Order entered July 3, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00762-CV

### IN RE 165 HOWE, LP, ET AL., Relators

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03144-A**

## ORDER

Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** relators to bear the cost, if any, of this original proceeding.

/s/    ROBERT M. FILLMORE
       JUSTICE